IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AARON K MARSH,

    Plaintiff,

v.                                                       CASE NO. 4:05-cv-00012-MP-AK

MICHAEL W MOORE, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on the Second Report and Recommendation of the Magistrate Judge (doc. 16), recommending that Plaintiff's suit seeking payment of the $100 inmates are given upon release be dismissed as untimely. The Plaintiff first argued that his untimely filing of the complaint was because he was denied access to legal materials. Later, he added allegations that he was even denied pens and paper. Thus, previously, in the order at doc. the Court directed the plaintiff to file an affidavit, under oath and under penalty of perjury, that details exactly which staff members confiscated exactly which legal and writing materials, on what date, and in what manner. Additionally, the Court directed that plaintiff should include in the affidavit what proof he has that such confiscation was in retaliation for prior law suits. The Court suspended ruling on the second Report and Recommendation until after the affidavit was received. The Plaintiff filed such an affidavit (doc. 22), and the Court has reviewed it. In the affidavit, the plaintiff gives isolated instances where he was not allowed pen and paper while in administrative confinement. These sporadic incidents, even if believed, do not explain why plaintiff was unable to file this lawsuit for over four years. Thus, the court agrees with the Magistrate Judge that this matter is barred by the statute of limitations.

Additionally, plaintiff attempts to file an amended complaint at doc. 26, raising a host of new issues unrelated to the original complaint. This is not proper at this stage, and thus doc. 26, construed as a motion to amend, is denied. Plaintiff must file a separate law suit to introduce those new claims. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, doc. 16, is adopted and incorporated herein.

2. This case is dismissed with prejudice.

3. Doc. 26, construed as a motion to amend complaint, is denied, and the Clerk is directed to close this file.

**DONE AND ORDERED** this _7th_ day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge